**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 539 EAL 2021

          Respondent

                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court

          v. :

WILLIE JOHNSON, :

          Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.